No. 1187. Sanford *v.* Hill, Sheriff. Appeal from the Court of Criminal Appeals of Texas. June 1, 1942. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Gorin* v. *United States,* 312 U. S. 19, 27–28; *Hotel & Restaurant Employees' Interna-*

*tional Alliance* v. *Wisconsin Employment Relations Board,* 315 U. S. 437. *Mr. Sewall Myer* for appellant.